**UNITED STATES of America ex rel. Kosta MITROVICH v. S. D. SMITH, District Director of Immigration.**

No. 4634.

Circuit Court of Appeals, Seventh Circuit.

May 27, 1932.

William B. Rosczyk and Jose Carlos Soriano, both of East Chicago, Ind., for appellant.

Oliver M. Loomis, U. S. Atty., of South Bend, Ind., for appellee.

Before ALSCHULER, PAGE, and ANDERSON, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed for want of prosecution. It is further ordered that the mandate of this court in this cause issue forthwith.